UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CARL JORDAN**                                                           **CIVIL ACTION**

**VERSUS**                                                                       **NO. 14-2036**

**WARDEN JEFF WINDHAM**                                      **SECTION "H"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Carl Jordan's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, on this 6th day of April, 2015.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**